IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 3:13-cv-703-GCM

| | |
|---|---|
| FMW/MJH AT 2604 HILLSBOROUGH LLC,<br><br>Plaintiff,<br><br>v.<br><br>WSA CONSTRUCTION, LLC; AGUILAR CONSTRUCTION; ALL SEASONS CLEANING SERVICE, INC.; AMERICAN CONCRETE PUMPING, INC.; ASSOCIATED FIRE PROTECTION, INC.; BARKDALE CONSTRUCTION, INC.; BOYCO CORP. LLC; C.K. SUPPLY; CAPITAL SIGN SOLUTIONS, LLC; CAPITOL RECYCLING, LLC; CECIL HOLCOMB RENOVATIONS, INC.; ENGLER, MEIER & JUSTUS, INC. D/B/A CIRCLE SUPPLY OF RALEIGH; CUSTOM BRICK COMPANY, INC.; E T SALES, INC. D/B/A CAROLINA COUNTERS; EAGLE MAILBOX SALES, INC.; ELITE FLOORING & DESIGN, INC.; FATHER AND SON PAINTING CUSTOM PAINTING; FRANCO MASONRY CONCRETE, INC.; GERDAU AMERISTEEL US INC.; HARRIS VENTURES, INC. D/B/A STAFF ZONE; JRF MECHANICAL, INC.; MARTIN'S BRICKLAYING; MAZZ WELDING & FABRICATION, INC.; NATIONAL CONSTRUCTION RENTALS, INC.; ORLANDO CABALLERO D/B/A OC DRYWALL & STUCCO; PINNACLE FIRE SYSTEMS, INC.; PROBUILD COMPANY LLC; RALEIGH WATERPROOFING, INC.; SCHINDLER ELEVATOR CORPORATION; S.T. WOOTEN CORPORATION; SUNBELT RENTALS, INC.; SUPERIOR WATERPROOFING, INC.; TALBERT BUILDING SUPPLY, INC.; TRIANGLE | **ORDER FOR DISMISSAL AS TO DEFENDANT C.K. SUPPLY** |

**CONSTRUCTION SERVICES, INC.;
TRIANGLE NORTH EXTERIORS, INC.;
ZOCAM PLUMBING, INC.,**

      **Defendants.**

**HAVING CONSIDERED** the Consent Motion for Dismissal as to Defendant CK Supply;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the claims and demands of Plaintiff FMW/MJH at 2604 Hillsborough LLC against Defendant L&W Supply Corporation d/b/a CK Supply (named as C.K. Supply in this lawsuit), be, and the same hereby are, **DISMISSED**, each party to bear its own costs.

This dismissal shall have no effect on Plaintiff's claims against the remaining Defendants in this action.

Signed: March 19, 2014

*/s/ Graham C. Mullen*

Graham C. Mullen
United States District Judge