**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**Civil Action No. 3:13-cv-703-GCM**

| | |
|---|---|
| **FMW/MJH AT 2604 HILLSBOROUGH LLC,** | |
| **Plaintiff,** | |
| **v.** | |
| **WSA CONSTRUCTION, LLC; AGUILAR CONSTRUCTION; ALL SEASONS CLEANING SERVICE, INC.; AMERICAN CONCRETE PUMPING, INC.; ASSOCIATED FIRE PROTECTION, INC.; BARKDALE CONSTRUCTION, INC.; BOYCO CORP. LLC; C.K. SUPPLY; CAPITAL SIGN SOLUTIONS, LLC; CAPITOL RECYCLING, LLC; ENGLER, MEIER & JUSTUS, INC. D/B/A CIRCLE SUPPLY OF RALEIGH; CUSTOM BRICK COMPANY, INC.; E T SALES, INC. D/B/A CAROLINA COUNTERS; EAGLE MAILBOX SALES, INC.; ELITE FLOORING & DESIGN, INC.; FATHER AND SON PAINTING CUSTOM PAINTING; FRANCO MASONRY CONCRETE, INC.; GERDAU AMERISTEEL US INC.; HARRIS VENTURES, INC. D/B/A STAFF ZONE; JRF MECHANICAL, INC.; MAZZ WELDING & FABRICATION, INC.; ORLANDO CABALLERO D/B/A OC DRYWALL & STUCCO; PINNACLE FIRE SYSTEMS, INC.; PROBUILD COMPANY LLC; RALEIGH WATERPROOFING, INC.; SCHINDLER ELEVATOR CORPORATION; SUNBELT RENTALS, INC.; SUPERIOR WATERPROOFING, INC.; TALBERT BUILDING SUPPLY, INC.; TRIANGLE CONSTRUCTION SERVICES, INC.; TRIANGLE NORTH EXTERIORS, INC.; ZOCAM PLUMBING, INC.,** | **ORDER FOR DISMISSAL AS TO DEFENDANT PROBUILD COMPANY LLC** |
| **Defendants.** | |

**HAVING CONSIDERED** the Consent Motion for Dismissal as to Defendant Probuild Company LLC.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the claims and demands of Plaintiff FMW/MJH at 2604 Hillsborough LLC against Defendant Probuild Company LLC, be, and the same hereby are, **DISMISSED**, each party to bear its own costs.

This dismissal shall have no effect on Plaintiff's claims against the remaining Defendants in this action.

Signed: March 19, 2014

Graham C. Mullen
United States District Judge