# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## Civil Action No. 3:13-cv-703-GCM

| | |
|---|---|
| FMW/MJH AT 2604 HILLSBOROUGH LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>WSA CONSTRUCTION, LLC; AGUILAR CONSTRUCTION; ALL SEASONS CLEANING SERVICE, INC.; AMERICAN CONCRETE PUMPING, INC.; ASSOCIATED FIRE PROTECTION, INC.; BOYCO CORP. LLC; ENGLER, MEIER & JUSTUS, INC. D/B/A CIRCLE SUPPLY OF RALEIGH; CREGGER COMPANY, INC.; CUSTOM BRICK COMPANY, INC.; E T SALES, INC. D/B/A CAROLINA COUNTERS; EAGLE MAILBOX SALES, INC.; ELITE FLOORING & DESIGN, INC.; FATHER AND SON PAINTING CUSTOM PAINTING; FRANCO MASONRY CONCRETE, INC.; GERDAU AMERISTEEL US INC.; HARRIS VENTURES, INC. D/B/A STAFF ZONE; JRF MECHANICAL, INC.; MAZZ WELDING & FABRICATION, INC.; ORLANDO CABALLERO D/B/A OC DRYWALL & STUCCO; PINNACLE FIRE SYSTEMS, INC.; RALEIGH WATERPROOFING, INC.; SCHINDLER ELEVATOR CORPORATION; SUNBELT RENTALS, INC.; SUPERIOR WATERPROOFING, INC.; TALBERT BUILDING SUPPLY, INC.; TRIANGLE NORTH EXTERIORS, INC.; ZOCAM PLUMBING, INC.,<br><br>    Defendants. | ORDER |

This matter is before the Court on Plaintiff's Motion to Commence Early Discovery (the "Motion"). Plaintiff's Motion seeks an order granting Plaintiff leave to commence discovery regarding the monetary amount, if any, due from it to defendant WSA Construction, LLC ("WSA"). WSA does not object to this motion, the other defendants have been informed of this motion and have voiced no objection, and it appears to the Court that Plaintiff should be allowed to commence early discovery regarding the monetary amount, if any, due from it to defendant WSA pursuant to LCvR 16.1(f) and 26.1.

NOW, THEREFORE, IT IS ORDERED that the Motion be, and it hereby is, granted; and

IT IS FURTHER ORDERED that Plaintiff is granted leave to commence early discovery regarding the monetary amount, if any, due from it to defendant WSA.

Signed: April 28, 2014

Graham C. Mullen
United States District Judge