IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13CV703

| | |
|---|---|
| FMW/MJH at 2604 HILLSBOROUGH, LLC, ) ) Plaintiff, ) ) v. ) ) WSA CONSTRUCTION, LLC, et al., ) ) Defendants. ) ) | ORDER |

This matter is before the Court upon its own motion. The parties are directed to proceed to mediation by December 31, 2015. The parties are directed to select a mediator by October 31, 2015, and report to the Court as to the identity of the mediator selected.

IT IS SO ORDERED.

Signed: October 15, 2015

Graham C. Mullen
United States District Judge