# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## Civil Action No. 3:13-cv-703-GCM

| | |
|---|---|
| FMW/MJH AT 2604 HILLSBOROUGH LLC,<br><br>    Plaintiff,<br><br> v.<br><br>WSA CONSTRUCTION, LLC; ALL SEASONS CLEANING SERVICE, INC.; AMERICAN CONCRETE PUMPING, INC.; ASSOCIATED FIRE PROTECTION, INC.; BOYCO CORP. LLC; CAPITOL RECYCLING, LLC; ENGLER, MEIER & JUSTUS, INC. D/B/A CIRCLE SUPPLY OF RALEIGH; CREGGER COMPANY, INC.; E T SALES, INC. D/B/A CAROLINA COUNTERS; EAGLE MAILBOX SALES, INC.; ELITE FLOORING & DESIGN, INC.; FATHER AND SON PAINTING CUSTOM PAINTING; FRANCO MASONRY CONCRETE, INC.; GERDAU AMERISTEEL US INC.; JRF MECHANICAL, INC.; MAZZ WELDING & FABRICATION, INC.; ORLANDO CABALLERO D/B/A OC DRYWALL & STUCCO; PINNACLE FIRE SYSTEMS, INC.; RALEIGH WATERPROOFING, INC.; SCHINDLER ELEVATOR CORPORATION; SUNBELT RENTALS, INC.; SUPERIOR WATERPROOFING, INC.; TALBERT BUILDING SUPPLY, INC.; TRIANGLE NORTH EXTERIORS, INC.; AND ZOCAM PLUMBING, INC.,<br><br>    Defendants. | ORDER |

  This matter is before the Court upon Plaintiff FMW/MJH at 2604 Hillsborough LLC's ("FMW") Motion to Strike the Brief of Defendant Orlando Caballero d/b/a OC Drywall & Stucco ("OC") in Opposition to the FMW Motion for Partial Summary Judgment. On October

22, 2015, FMW filed its Motion for Partial Summary Judgment, with supporting Brief and Declaration. FMW filed and served the Motion using the Court's ECF system. OC, through its counsel of record, is a registered user of the Court's ECF system, and received service of the FMW Motion via ECF notice. The ECF notice is clear that responses to the FMW Motion were due to be filed on or before November 9, 2015. OC neither requested of FMW nor sought from the Court any extension of its time to respond to the FMW Motion. Its Brief dated, filed and served via ECF on November 11, 2015 is therefore untimely.

IT IS THEREFORE ORDERED that FMW's Motion to Strike is hereby GRANTED.

Signed: December 11, 2015

Graham C. Mullen
United States District Judge