# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 3:13-cv-703-GCM

| | |
|---|---|
| FMW/MJH AT 2604 HILLSBOROUGH LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>WSA CONSTRUCTION, LLC; ALL SEASONS CLEANING SERVICE, INC.; AMERICAN CONCRETE PUMPING, INC.; ASSOCIATED FIRE PROTECTION, INC.; BOYCO CORP. LLC; CAPITOL RECYCLING, LLC; ENGLER, MEIER & JUSTUS, INC. D/B/A CIRCLE SUPPLY OF RALEIGH; CREGGER COMPANY, INC.; E T SALES, INC. D/B/A CAROLINA COUNTERS; EAGLE MAILBOX SALES, INC.; ELITE FLOORING & DESIGN, INC.; FATHER AND SON PAINTING CUSTOM PAINTING; FRANCO MASONRY CONCRETE, INC.; GERDAU AMERISTEEL US INC.; JRF MECHANICAL, INC.; MAZZ WELDING & FABRICATION, INC.; ORLANDO CABALLERO D/B/A OC DRYWALL & STUCCO; PINNACLE FIRE SYSTEMS, INC.; RALEIGH WATERPROOFING, INC.; SCHINDLER ELEVATOR CORPORATION; SUNBELT RENTALS, INC.; SUPERIOR WATERPROOFING, INC.; TALBERT BUILDING SUPPLY, INC.; TRIANGLE NORTH EXTERIORS, INC.; AND ZOCAM PLUMBING, INC.,<br><br>    Defendants. | ORDER FOR DISMISSAL AS TO DEFENDANT CREGGER COMPANY, INC. |

      **HAVING CONSIDERED** the Consent Motion for Dismissal as to Defendant Cregger Company, Inc. ("Cregger"),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the claims and demands of Plaintiff FMW/MJH at 2604 Hillsborough LLC ("FMW/MJH") against Cregger and the claims and demands of Cregger against FMW/MJH and WSA Construction, LLC be, and the same hereby are, **DISMISSED**, with prejudice, each party to bear its own costs. It is further ordered that Cregger's cross-claims against Zocam Plumbing, Inc., are **DISMISSED,** without prejudice.

This dismissal shall have no effect on Plaintiff's claims against the remaining Defendants in this action.

Signed: December 14, 2015

Graham C. Mullen
United States District Judge