# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 3:13-cv-703-GCM

| | |
|---|---|
| FMW/MJH AT 2604 HILLSBOROUGH LLC, <br><br> **Plaintiff,** <br><br> v. <br><br> WSA CONSTRUCTION, LLC; ALL SEASONS CLEANING SERVICE, INC.; AMERICAN CONCRETE PUMPING, INC.; ASSOCIATED FIRE PROTECTION, INC.; BOYCO CORP. LLC; CAPITOL RECYCLING, LLC; ENGLER, MEIER & JUSTUS, INC. D/B/A CIRCLE SUPPLY OF RALEIGH; CREGGER COMPANY, INC.; E T SALES, INC. D/B/A CAROLINA COUNTERS; EAGLE MAILBOX SALES, INC.; ELITE FLOORING & DESIGN, INC.; FATHER AND SON PAINTING CUSTOM PAINTING; FRANCO MASONRY CONCRETE, INC.; GERDAU AMERISTEEL US INC.; JRF MECHANICAL, INC.; MAZZ WELDING & FABRICATION, INC.; ORLANDO CABALLERO D/B/A OC DRYWALL & STUCCO; PINNACLE FIRE SYSTEMS, INC.; RALEIGH WATERPROOFING, INC.; SCHINDLER ELEVATOR CORPORATION; SUNBELT RENTALS, INC.; SUPERIOR WATERPROOFING, INC.; TALBERT BUILDING SUPPLY, INC.; TRIANGLE NORTH EXTERIORS, INC.; AND ZOCAM PLUMBING, INC., <br><br> **Defendants.** | **ORDER FOR DISMISSAL AS TO DEFENDANT SUNBELT RENTALS, INC.** |

**HAVING CONSIDERED** the Consent Motion for Dismissal as to Defendant Sunbelt

Rentals, Inc. ("Sunbelt"),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the claims and demands of Plaintiff FMW/MJH at 2604 Hillsborough LLC ("FMW/MJH") against Sunbelt and the claims and demands of Sunbelt against FMW/MJH and WSA Construction, LLC be, and the same hereby are, **DISMISSED**, with prejudice, each party to bear its own costs and expenses.

This dismissal shall have no effect on Plaintiff's claims against the remaining Defendants in this action.

Signed: February 2, 2016

Graham C. Mullen
United States District Judge