IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13CV703-GCM

| | |
|---|---|
| FMW/MJH AT 2604 HILLSBOROUGH LLC, ) ) ) Plaintiff, ) ) Vs. ) ) WSA CONSTRUCTION, LLC, TALBERT ) BUILDING SUPPLY, INC., et al., ) ) Defendants. ) ) | ORDER |

This matter is before the Court upon its own motion. At the Court's direction, the Plaintiff and Defendant Talbert have submitted a Status Report on this case. Pursuant to the Status Reports, the Court hereby directs all remaining parties to confer and submit a proposed discovery plan within 15 days of the date of entry of this Order. The discovery plan should summarize as to each party what discovery, if any, that party seeks. Any Defendant with claims against the Plaintiff or against any other Defendant who does not participate in the proposed discovery plan is subject to being dismissed for failure to prosecute.

IT IS SO ORDERED.

Signed: February 15, 2017

Graham C. Mullen
United States District Judge